Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
2021 JAN 14  AM 8:59
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
JB

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA  V.  PLAINTIFF | CASE NUMBER: 1:21-mj-00027 |
|---|---|
| HUNTER ALLEN EHMKE  USMS# _____  DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

21MJ00205

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on ~~1/14/2021~~ 1/13/2020 at 0600 (2000) ☒ AM ☒ PM
   or
   The defendant was arrested in the __N/A__ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 USC 1361, 18 USC 1521(c)(2), 40 USC 5104(e)(2)

5. Offense charged is a:  ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 2000

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Joseph Ahonen  (please print)

12. Office Phone Number: 213-703-9681         13. Agency: FBI

14. Signature: /s/ Joseph Ahonen              15. Date: 1/13/2021

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION